914 

No. 268, Misc. DUKES *v.* HANNA, WARDEN. Supreme Court of New Jersey. Certiorari denied. *Jack Greenberg, Thurgood Marshall* and *Mendon P. Morrill* for petitioner. *Theodore D. Parsons,* Attorney General of New Jersey, for respondent. .
.

No. 287, Misc. LOWRY *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. .

No. 291, Misc. POLLACK *v.* ASPBURY ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for Harper, respondent.

No. 312, Misc. ADAMS *v.* SMYTH, SUPERINTENDENT OF VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 341, Misc. LOMAX *v.* ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 344, Misc. HENDERSON *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 475. L. RONNEY & SONS FURNITURE MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD, 346 U. S. 937;
No. 65, Misc. HOLLAND *v.* SAFEWAY STORES, INC., 346 U. S. 868; and
No. 238, Misc. IRVIN *v.* FLORIDA, 346 U. S. 927. Petitions for rehearing denied.